AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br>TAHIR BRUFF, a.k.a. "G" and "Gangster"<br><br>*Defendant* | )<br>)   Case No.  3:19MJ 935 (RAR)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Tahir Bruff, a.k.a. "G" and "Gangster, with a date of birth of xx-xx-1976

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute and Distribution of Controlled Substances.

*[FILED 2019 JUL -1 P 3: — U.S. DISTRICT COURT NEW HAVEN, CT]*

Date:   06/14/2019

/s/ Robert A. Richardson
*Issuing officer's signature*

City and state:   Hartford, Connecticut

Robert A. Richardson United States Magistrate Judge
*Printed name and title*

---

### Return

| This warrant was received on *(date)* 6/14/19 , and the person was arrested on *(date)* 6/17/19 |
|---|
| at *(city and state)* Hartford CT |

Date:  6/17/19

/s/ Moody
*Arresting officer's signature*

Jeffry Moody   TFO
*Printed name and title*